IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BYRON CHRISTOPHER DIXON,
    Petitioner,

v.

JAMES LARSON, et al.,
    Respondents.

Civil Action No. 3:15-cv-00449

(Judge Mariani)

## ORDER

**AND NOW**, this 30th day of March, 2015, upon consideration of Petitioner's application for a writ of habeas corpus, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge